IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

```
UNITED STATES OF AMERICA      *
                              *
      v.                      *      CR 612-001-4
                              *
TRENTON ARLANDA KINSEY        *
```

### O R D E R

Presently before the Court is Defendant Trenton Arlanda Kinsey's motion for early termination of supervised release. Kinsey pled guilty to conspiracy to distribute controlled substances, and on October 4, 2012, he was sentenced to serve 78 months in prison followed by five years of supervised release.

At present, Kinsey has been under the supervison of United States Probation Office in this district since his release 3½ years ago. Kinsey has complied with all conditions of supervison. He has maintained stable employment and has communicated well with his supervising probation officer. He has also paid his fine of $5000 plus interest. Kinsey's supervising probation officer does not object to early termination.

Upon the foregoing, and in consideration of the factors set forth in 18 U.S.C. § 3553(a), **IT IS ORDERED** that Kinsey's motion (doc. 590) is **GRANTED**. Trenton Arlanda Kinsey is hereby discharged from his term of supervised release. The Clerk is directed to

send a copy of this Order to Mr. Drew Walker of the United States Probation Office in Savannah, Georgia.

**ORDER ENTERED** at Augusta, Georgia, this 28th day of April, 2020.

_____
J. RANDAL HALE, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA